IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GLORIA GREATHOUSE                                                                PLAINTIFF

v.                            CASE NO. 4:22-CV-00138-BSM

BAPTIST HEALTH                                                                   DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE